DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## ALLTOP v. PENNEY CO.

No. 54 PC.

Case below: 10 N.C. App. 692.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.

## ANDERSON v. WILLIARD

No. 71 PC.

Case below: 11 N.C. App. 70.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.

## DANTZIC v. STATE

No. 15 PC.

Case below: 10 N.C. App. 369.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 6 April 1971 for sole purpose of determining whether or not Court of Appeals has authority to issue writ of error *coram nobis*.

## DAVIS v. CAHOON

No. 83 PC.

Case below: 11 N.C. App. 395.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.

## HILL v. HILL

No. 72 PC.

Case below: 11 N.C. App. 1.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 30 July 1971.